## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**HUGUETTE NICOLE YOUNG**                                                           **PLAINTIFF**

**V.**                                                      **CAUSE NO. 3:20-CV-699-CWR-FKB**

**CHOKWE A. LUMUMBA,** *in his official*                                  **DEFENDANT**
*capacity as mayor of Jackson, Mississippi*

## FINAL JUDGMENT

Having entered an Order finding that the plaintiff's complaint has not stated a claim against the defendant, *see* Docket No. 5, this case is due to be dismissed without prejudice and closed on this Court's docket. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**SO ORDERED**, this the 3rd day of November, 2020.

                                                        s/ Carlton W. Reeves
                                                        UNITED STATES DISTRICT JUDGE